**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| | |
|---|---|
| PPG INDUSTRIES, INC., <br><br>               Plaintiff, <br><br>     v. <br><br> UNITED STATES, <br>               Defendant**.** | **C I T  N o . 2 5 – 00101** <br><br> **SUMMONS** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(c) to contest the determination described below.



                              **/s/ Mario Toscano**
                               Clerk of the Court

---

1. Plaintiff PPG Industries, Inc. ("PPG") is an American purchaser, importer, and producer of epoxy resins.  PPG participated at the International Trade Commission in the investigation that is the subject of this action through submissions of factual information and argument, and is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).  PPG has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. PPG contests certain aspects of the final affirmative determination issued by the U.S. International Trade Commission ("ITC"), in its investigation of Epoxy Resins from China, India, South Korea, Taiwan, and Thailand, Case Nos. 701-TA-716-719 and 731-TA-1683-1687.

   (Brief description of contested determination)

3. <u>May 22, 2025 (90 Fed. Reg. 21,948) (International Trade Commission); May 27, 2025 (90 Fed. Reg. 22,235) (DOC CVD Orders); May 27, 2025 (90 Fed. Reg. 22,237) (DOC AD Orders)</u>
   (Date of determination)

4. <u>May 22, 2025 (90 Fed. Reg. 21,948) (International Trade Commission); May 27, 2025 (90 Fed. Reg. 22,235) (DOC CVD Orders); May 27, 2025 (90 Fed. Reg. 22,237) (DOC AD Orders)</u> (If applicable, date of publication in Federal Register of notice of contested determination)

                Respectfully submitted,

                <u>/s/ Jared R. Wessel</u>
                Jared R. Wessel
                Michael G. Jacobson
                Lyric E. Galvin

                HOGAN LOVELLS US LLP
                Columbia Square
                555 Thirteenth Street, N.W. Washington, DC 20004-1109
                (202) 637-6472
                jared.wessel@hoganlovells.com

                *Counsel to PPG Industries, Inc.*

Date: June 6, 2025

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436