## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| PPG INDUSTRIES, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No. 25-00101 |

### ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                            Mario Toscano
                                            Clerk of the Court

                        By:    /s/ Scott Warner
                                Deputy Clerk

Date:  July 8, 2025
        New York, New York